# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 S. Dearborn Street

Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date _____ April 10, 2008 _____

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

**FILED**

APR 1 0 2008   NR

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| Case Number | 07 B 16112 |
| Case Name | kenneth jaffke |
| Notice of Appeal Filed | 4/2/08 |
| Appellant | Kenneth Jaffke |

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| | Designation and Statement of Issues | | Copy of Documents Designated |
| | Transcript of Proceeding | | Exhibits |
| | In Forma Pauperis | | Expedited Notice of Appeal |

Additional Items Included

✓ **Motion for Leave to Appeal**

**08CV 2025
JUDGE LEFKOW
MAGISTRATE JUDGE  ASHMAN**

Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

_____

_____

Previous D C Judge _____

Case Number _____

By Deputy Clerk _____

Revised 07/16/96j

**727OBJ, MEANSNO, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Bankruptcy Petition #: 07-16112
### Internal Use Only

*Assigned to:* Judge Susan Pierson Sonderby
Chapter 7
Voluntary
No asset

*Date Filed:* 09/04/2007

**Debtor**
**Kenneth Jaffke**
169 S. Greeley
Palatine, IL 60067

represented by **James A Young**
James A Young &
Associates, Ltd.
47 DuPage Court
Elgin, IL 60120
(847) 608-9526
Fax : (847) 695-3494
Email:
youngbklaw@yahoo.com

08CV 2025
JUDGE LEFKOW
MAGISTRATE JUDGE  ASHMAN

**Trustee**
**Eugene Crane**
Crane Heyman Simon Welch & Clar
135 S Lasalle Ste 3705
Chicago, IL 60603
312 641-6777

**U.S. Trustee**
**William T Neary**
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
312-886-5785

**FILED**

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This is to certify that the within and attached
document is a full, true and correct copy of
the original thereof on file in the office of the Clerk of the United
States Bankruptcy Court for the Northern
District of Illinois

KENNETH S. GARDNER
CLERK OF COURT
By                    Deputy Clerk
Dated    4-10-08

| Filing Date | # | Docket Text |
|---|---|---|
| 09/04/2007 | 1 | Chapter 7 Voluntary Petition Fee Amount $299, Filed by James A Young on behalf of Kenneth Jaffke (Young, James) (Entered: 09/04/2007) |

| 09/04/2007 | ●2 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A. Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
|---|---|---|
| 09/04/2007 | ●3 | Statement of Social Security Number(s) Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
| 09/04/2007 | 4 | Receipt of Voluntary Petition (Chapter 7)(07-16112) [misc,volp7a] ( 299.00) Filing Fee. Receipt number 7543208. Fee Amount $ 299.00 (U.S. Treasury) (Entered: 09/04/2007) |
| 09/04/2007 | ●5 | Certificate of Credit Counseling Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
| 09/04/2007 | ●6 | Declaration Re: Electronic Filing Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
| 09/05/2007 | ●7 | First Meeting of Creditors with 341(a) meeting to be held on 10/09/2007 at 03:00 PM at 227 W Monroe Street, Room 3360, Chicago, Illinois 60606. Objections for Discharge due by 12/10/2007. (admin, ) (Entered: 09/05/2007) |
| 09/05/2007 | ●8 | Request for Chapter 7 341 Meeting of Creditors (Delgado, Ramon) (Entered: 09/05/2007) |
| 09/05/2007 | ●9 | BNC Certificate of Service - Meeting of Creditors. (RE: 8 Request for Chapter 7 341 Meeting of Creditors). No. of Notices: 17. Service Date 09/07/2007. (Admin.) (Entered: 09/07/2007) |
| 09/18/2007 | ●10 | Request for Service of Notices. American Express Travel Related Svcs Co Inc Corp Card, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, Gilbert) (Entered: 09/18/2007) |
| 09/18/2007 | ●11 | Request for Service of Notices. American Express Travel Related Services Co, Inc, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, |

| | | |
|---|---|---|
| | | Gilbert) (Entered: 09/18/2007) |
| 09/18/2007 | 🌑12 | Request for Service of Notices. American Express Bank FSB, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, Gilbert) (Entered: 09/18/2007) |
| 09/18/2007 | 🌑13 | Request for Service of Notices. American Express Centurion Bank, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, Gilbert) (Entered: 09/18/2007) |
| 10/11/2007 | 🌑14 | No Asset Report - Trustee has examined the debtor in accordance with Sec 341(d) of the Bankruptcy Code. The Trustee has neither received any property nor paid any money on account of this estate, and after diligent inquiry into the property of the estate, believes that there are no assets to be administered for the benefit of creditors. (Crane, Eugene) (Entered: 10/11/2007) |
| 10/12/2007 | 🌑15 | Notice of Required Document(s) for Discharge . (Williams, Daphne) (Entered: 10/12/2007) |
| 10/12/2007 | 🌑16 | BNC Certificate of Service - Notice of Requirement to Complete Course in Financial Management (RE: 15 Notice of Required Document(s) for Discharge). No. of Notices: 2. Service Date 10/14/2007. (Admin.) (Entered: 10/14/2007) |
| 11/06/2007 | 🌑17 | Notice of Motion and Motion to Extend Time to File Objection to Discharge Under 727 Filed by William T Neary Hearing scheduled for 11/14/2007 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Silver, Gretchen) (Entered: 11/06/2007) |
| 11/06/2007 | 🌑18 | Notice of Motion and Motion Rule 2004 Examination of Debtor Filed by William T Neary Hearing scheduled for 11/14/2007 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Silver, Gretchen) (Entered: 11/06/2007) |
| 11/15/2007 | 🌑19 | Order Granting Motion Extending Time to File Objection |

| | | |
|---|---|---|
| | | to Discharge Under 727. (Related Doc # 17). Last day to oppose discharge or dischargeability is 2/8/2008 Signed on 11/15/2007. (Williams, Daphne) (Entered: 11/16/2007) |
| 11/15/2007 | 20 | Order Granting Motion for Rule 2004 (Related Doc # 18). Signed on 11/15/2007. (Williams, Daphne) (Entered: 11/16/2007) |
| 12/29/2007 | 21 | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 12/29/2007) |
| 02/04/2008 | 22 | Notice of Motion and Routine Motion to Extend Time to File Objection to Discharge Under 727 Filed by William T Neary Hearing scheduled for 2/13/2008 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Silver, Gretchen) (Entered: 02/04/2008) |
| 02/13/2008 | 23 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 22). Last day to oppose discharge or dischargeability is 3/8/2008 Signed on 2/13/2008. (Williams, Daphne) (Entered: 02/15/2008) |
| 03/10/2008 | 24 | Notice of Motion and Routine Motion to Extend Time to File Objection to Discharge Under 727 Filed by William T Neary Hearing scheduled for 3/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Silver, Gretchen) (Entered: 03/10/2008) |
| 03/17/2008 | 25 | Response to (related document(s): 24 Motion to Extend Time to Object to Discharge 727, ) Filed by James A Young on behalf of Kenneth Jaffke (Attachments: # 1 Exhibit) (Young, James) (Entered: 03/17/2008) |
| 03/19/2008 | 26 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 24). Last day to oppose discharge or dischargeability is 4/22/2008 Signed on 3/19/2008. (Williams, Daphne) (Entered: |

| | | |
|---|---|---|
| | | 03/20/2008) |
| 03/29/2008 | 27 | Notice of Filing and Motion for Leave to Appeal (related document(s): 26 Order on Motion to Extend Time to Object to Discharge Under 727) Filed by James A Young on behalf of Kenneth Jaffke. Transmission of Record Due by 4/9/2008. (Attachments: # (1) Exhibit) (Young, James) (Entered: 03/29/2008) |
| 03/29/2008 | 28 | Notice of Filing Filing Filed by James A Young on behalf of Kenneth Jaffke (RE: 27 Motion for Leave to Appeal, ). (Young, James) (Entered: 03/29/2008) |
| 04/01/2008 | 29 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Notice of Appeal Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) Modified on 4/2/2008 (Rance, Gwendolyn). (Entered: 04/01/2008) |
| 04/02/2008 | 30 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 29 Notice). (Rance, Gwendolyn) (Entered: 04/02/2008) |
| 04/02/2008 | 31 | Notice of Appeal to District Court. Filed by James A Young on behalf of Kenneth Jaffke. Fee Amount $255 (RE: 26 Order on Motion to Extend Time to Object to Discharge Under 727). Appellant Designation due by 4/14/2008. Transmission of Record Due by 5/12/2008. (Young, James) (Entered: 04/02/2008) |
| 04/02/2008 | 32 | Notice of Filing to Bk Judge and Parties on Service List (RE: 27 31 Notice of Appeal, ). (Entered: 04/02/2008) |
| 04/03/2008 | 33 | Receipt of Notice of Appeal(07-16112) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 8586556. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 04/03/2008) |
| 04/08/2008 | 34 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by James A Young on behalf of Kenneth Jaffke. (RE: 31 Notice of Appeal, ). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Young, James) (Entered: 04/08/2008) |
| | | |

| 04/08/2008 | ●35 | Statement of Issues on Appeal Filed by James A Young on behalf of Kenneth Jaffke. (RE: 31 Notice of Appeal, ). (Young, James) (Entered: 04/08/2008) |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENNETH JAFFKE | ) | |
| | ) | |
| | ) | No. 07 B 16112 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge:  Susan Pierson Sonderby |

### NOTICE OF APPEAL

KENNETH JAFFKE, the Debtor, appeals under 28 U.S.C. 158(a)(3) from the judgment, order or decree of the Bankruptcy Judge extending time to object to discharge entered in this bankruptcy case on the 20th day of March, 2008.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Attorney for the United States Trustee, William T. Neary:

Ms. Gretchen Silver
Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
(312)353-5054

Attorney for Kenneth Jaffke, Debtor

James A. Young
James A. Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120
(847)608-9526

Dated:  March 28, 2008

/s/ James A. Young
Attorney for Appellant
James A. Young
James A. Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120
(847)608-9526

07-16112:27.0:Motion for Leave to Appeal:Main Document Entered: 3/29/2008 12:26:28 PM by:James Young Page 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE:                                        )
                                              )
     KENNETH JAFFKE                          )
                                              )
                                              )     No. 07 B 16112
                                              )     Chapter 7
           Debtor.                       )

08CV 2025
JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

### MOTION FOR LEAVE TO APPEAL PURSUANT TO
### BANKRUPTCY RULE 8003

NOW COMES the Debtor/Appellant (Appellant), KENNETH JAFFKE, by and through

his attorney, James A. Young of James A. Young & Associates, Ltd., and pursuant to Bankruptcy

Rule 8003 moves this Honorable Court to grant appellant leave to appeal the Order entered in the

Chapter 7 Bankruptcy Case extending the time within which the United States Trustee may file

its complaint to object to the appellant's discharge pursuant to Section 727 of the Bankruptcy

Code, and in support thereof respectfully represents as follows:

### STATEMENT OF FACTS

1. The appellant filed his petition for relief under Chapter 7 of the United States

Bankruptcy Code on September 4, 2007.

2. On September 4, 2007 the Clerk of the United States Bankruptcy Court issued a

notice which, among other things, set the deadline for filing objections to the discharge of the

appellant pursuant to Section 727 of the United States Bankruptcy Code on December 10, 2007.

3. On November 6, 2007 William T. Neary (U.S. Trustee), through his attorneys, filed a

Motion to Extend Time to File Objection to Discharge. Said motion was scheduled to be heard

by the Bankruptcy Court on November 14, 2007. Said motion was granted and an order was

signed by the Bankruptcy Judge on November 15, 2007 extending the time for the U.S. Trustee to

file his Objection to Discharge to and including February 8, 2008.



4.  On February 4, 2008, the U.S. Trustee, through his attorneys, filed a second Motion to Extend Time to File Objection to Discharge. Said motion was scheduled to be heard by the Bankruptcy Court on February 13, 2008. Said motion was granted and an order was signed by the Bankruptcy Judge on February 13, 2008 extending the time for the U.S. Trustee to file his Objection to Discharge to and including March 8, 2008. March 8, 2008 was a Saturday.

5.  On March 10, 2008, the U.S. Trustee, through his attorneys, filed his third Motion to Extend Time to File Objection to Discharge. Said motion was filed two days after the deadline set in the Bankruptcy Court's previous order had passed. The third motion to extend time was scheduled to be heard by the Bankruptcy Court on March 19, 2008.

6.  On March 17, 2008, the Appellant, through his attorney, filed a Response to the U.S. Trustee's immediately aforesaid motion objecting to any further extensions, as the deadline for filing an objection to appellant's discharge, or for filing a motion to extend the time for filing an objection to appellant's discharge, had passed.

7.  The appellant, through his attorney, appeared to present his Response in open court On March 19, 2008. After listening to the arguments of counsel, the Bankruptcy Judge overruled the appellant's objection to the U.S. Trustee's motion, and signed an order extending the deadline within which the U.S. Trustee could file an Objection to Discharge to and including April 22, 2008. Said order was entered on the Bankruptcy Court docket on March 20, 2008.

8.  The appellant filed his Notice of Appeal on March 28, 2008.

## STATEMENT OF ISSUE

9.  Motions to extend time within which to file a complaint objecting to the discharge of a debtor by a party in interest are provided for in Bankruptcy Rule 9006(b)(3), "The Court may enlarge the time for taking action under Rules…4004(a)…only to the extent and under the conditions stated in those rules." Rule 4004(a) states in pertinent part,

> "In a Chapter 7 liquidation case a complaint objecting to the debtor's discharge under Section 727(a) of the Code shall be filed no later than 60 days after the

first date set for the meeting of creditors under Section 341(a)."

Bankruptcy Rule 4004(b) provides for extensions of time within which an objection to

discharge under Section 727(a) may be brought.  Rule 4004(b) states,

> " On motion of a party in interest, after hearing on notice, the court may for cause
> extend the time to file a complaint objecting to discharge.  The motion shall be filed
> before the time has expired."

10.  The position of the U.S. Trustee is that Rule 9006(a) <u>Computation,</u> applies to this

situation, and that because the deadline to file an objection to appellant's discharge, or file a

motion extending the time within to object to the appellant's discharge, was a Saturday i.e. March

8, 2008, then the U.S. Trustee had until and including Monday, March 10, 2008 to file his motion

for an extension of time within which to object to discharge.

11.  The appellant maintains that the date by which the U.S. Trustee had to file his motion

was set out with particularity in the order which his attorneys prepared and moved the

Bankruptcy Court to enter.  There was no computation of time involved in this instance.  A date

certain by which the U.S. Trustee had to file his motion to extend time was provided for in the

Bankruptcy Court's order of February 13, 2008 (entered on the docket on February 15, 2008).

The U.S. Trustee did not file the motion for an extension timely, and no extension should have

been provided by the Bankruptcy Court.  Bankruptcy Rule 9006(a) provides for the proper

computation of <u>periods of time.</u>  It does not provide for extending time in a situation where a date

certain is provided in a court order.  Bankruptcy Rule 4004(b) could not be any clearer.  "The

motion shall be filed before the time has expired."

**ISSUE: When a date certain is provided in a court order by which a party in interest is to
file its objection to discharge pursuant to Section 727(a), or file its motion for an extension
of time within which to file said objection, if that date certain is a Saturday, does
Bankruptcy Rule 9006(a) "Computation" allow said party through to the next following
date the Bankruptcy Clerk's office is accessible to make said filings; or do the narrower
guidelines prescribed in Bankruptcy Rules 9006(b)(3) "Enlargement limited" and 4004(b)
"Extension of time" apply, and require the filing of the objection or request for extension on
or before the date prescribed in the court order, regardless of what day of the week that
date happens to fall.**

## REASON WHY AN APPEAL SHOULD GRANTED

## AND RELIEF SOUGHT

To be free of the threat of objections to discharge pursuant to Section 727(a) is a substantial benefit to a debtor, and that benefit becomes a substantial right when the time limits prescribed for filing such objections passes without appropriate action being taken by parties in interest. The Bankruptcy Code and Rules were drafted to provide that those who wish to pursue such causes of action against the debtor must faithfully comply with the strict guidelines governing those actions. The United States Trustee chose and requested the March 8, 2008 deadline date, and the Bankruptcy Court acceded to that request and entered the order setting said deadline by which the U.S. Trustee was to file his objection or additional request for an extension of time within which to do so. The Trustee allowed the date to pass without taking action until two days after the aforesaid deadline had passed.

The Bankruptcy Court's reliance on Bankruptcy Rule 9006(a) and entry of the order further extending the deadline for the U.S. Trustee to file its objection to discharge in this instance violates the clear directive found in the reading of Bankruptcy Rules 9006(b)(3) and 4004(b). The appellant's right to go forward with his life without worry about potentially expensive litigation, and the possible loss of his discharge, should be recognized and preserved. The issue presented in this appeal affects a substantial right of the appellant and should be resolved in his favor.

The Bankruptcy Court's granting of the United States Trustee's motion for further time to file its Section 727(a) objection to the appellant's discharge should be reversed and the District Court should make a finding that the time within which the U.S. Trustee can pursue an objection to the appellant's discharge has passed, that he is barred from bringing such an action in the future, and that any actions so brought should be dismissed with prejudice.

March 29, 2008

Respectfully submitted,

/s/ James A. Young
Attorney for Appellant
James A. Young
James A. Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120
(847)608-9526

07-16112:27.1:Motion for Leave to Appeal:Exhibit Entered: 3/__/2008 12:26:28 PM by:James Young Page 1 of 1

07-16112:22.1:Motion to Extend Time to Object to Discharge 727:Proposed Order Entered: 2/4/2008 4:22:23 PM by:Gretchen Silver Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:         )    CHAPTER 7 PROCEEDING
            )
   KENNETH JAFFKE,     )    Case No. 07 B 16112
            )
            )
      Debtor.      )    Judge Susan Pierson Sonderby

### ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

This cause coming to be heard on the routine motion of the United States Trustee for an

extension of time to file an objection to discharge, due notice having been given:

**IT IS HEREBY ORDERED** that the last day to file a complaint objecting to Debtor's

discharge for the U.S. Trustee is extended through and including March 8, 2008.

DATED:   _2.13.08_

            SUSAN PIERSON SONDERBY
            U.S. BANKRUPTCY JUDGE

*Exhibit A*

07-16112:28.0:Notice of Filing:Main Document Entered: 3/28  8 12:40:51 PM by:James Young Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:   )
                                  )

KENNETH JAFFKE               )
                                  )     BK No. 07 B 16112
                                  )     Chapter 7
           Debtor        )     Judge Susan Pierson Sonderby

### NOTICE OF FILING

TO:   Ms. Gretchen Silver, United States Trustee, 227 West Monroe St., Suite 3350,
Chicago, IL  60606

PLEASE TAKE NOTICE that on March 28, 2008 we caused to be filed with the U.S Bankruptcy Court Clerk a Notice of Appeal.  A copy of the Notice of Appeal is hereby served upon you.  Please also take notice that on March 29, 2008 we caused to be filed with the U.S. Bankruptcy Court Clerk a Motion for Leave to Appeal.  A copy of the motion is hereby served upon you.

### PROOF OF SERVICE

I, the undersigned attorney, certify that I caused to be mailed a copy of the foregoing Notice of Appeal and Motion for Leave to Appeal by mailing same in a properly addressed envelope, postage prepaid, from 47 DuPage Court, Elgin, Illinois 60120 before the hour of 5:00 P.M. on the 29th day of March, 2008.

                                     BY:   /s/ James A. Young

James A. Young
James A. Young & Associates, Ltd.
47 DuPage Court
Elgin, IL  60120
Tel. (847) 608-9526
Fax. (847) 695-3494
Attorney No. 6217342



## United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

| | |
|---|---|
| Date | April 2, 2008 |
| Case Number | 07 B 16112 |
| Case Name | Kenneth Jaffke |
| Motion for Leave to Appeal & Notice of Appeal Filed | 3/29/08 & 4/2/08 |

Dear Sir/Madam:

A Notice of Appeal accompanied by a Motion for Leave to Appeal to the United States District Court has been filed pursuant to **Bankruptcy Rule 8003**.

**Bankruptcy Rule 8003** requires that within ten (10) days after service of the Motion for Leave to Appeal, an adverse party may file with the Clerk of the United States Bankruptcy Court an answer in opposition.

The Clerk of the United States Bankruptcy Court will transmit, as soon as all parties have filed answers or the time for filing an answer has expired, to the Clerk of the United States District Court:

➤    Motion for Leave to Appeal

➤    Notice of Appeal

**FILED**

APR 1 0 2008    NF.

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

By Deputy Clerk

cc:  Bankruptcy Judge & Attorneys of Record

08CV 2025
JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

**727OBJ, MEANSNO, APPEAL**

## U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Bankruptcy Petition #: 07-16112

*Assigned to:* Judge Susan Pierson Sonderby
Chapter 7
Voluntary
No asset

*Date Filed:* 09/04/2007

**Debtor**
**Kenneth Jaffke**
169 S. Greeley
Palatine, IL 60067
SSN: xxx-xx-9038

represented by **James A Young**
James A Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120
(847) 608-9526
Fax : (847) 695-3494
Email: youngbklaw@yahoo.com

**Trustee**
**Eugene Crane**
Crane Heyman Simon Welch & Clar
135 S Lasalle Ste 3705
Chicago, IL 60603
312 641-6777

**U.S. Trustee**
**William T Neary**
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 09/04/2007 | 1 | Chapter 7 Voluntary Petition Fee Amount $299, Filed by James A Young on behalf of Kenneth Jaffke (Young, James) (Entered: 09/04/2007) |
| 09/04/2007 | 2 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A. Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
| 09/04/2007 | 3 | Statement of Social Security Number(s) Filed by James A Young on |

*ITEM 5.*


| | | |
|---|---|---|
| | | behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
| 09/04/2007 | 4 | Receipt of Voluntary Petition (Chapter 7)(07-16112) [misc,volp7a] ( 299.00) Filing Fee. Receipt number 7543208. Fee Amount $ 299.00 (U.S. Treasury) (Entered: 09/04/2007) |
| 09/04/2007 | 5 | Certificate of Credit Counseling Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
| 09/04/2007 | 6 | Declaration Re: Electronic Filing Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 09/04/2007) |
| 09/05/2007 | 7 | First Meeting of Creditors with 341(a) meeting to be held on 10/09/2007 at 03:00 PM at 227 W Monroe Street, Room 3360, Chicago, Illinois 60606. Objections for Discharge due by 12/10/2007. (admin, ) (Entered: 09/05/2007) |
| 09/05/2007 | 8 | Request for Chapter 7 341 Meeting of Creditors (Delgado, Ramon) (Entered: 09/05/2007) |
| 09/05/2007 | 9 | BNC Certificate of Service - Meeting of Creditors. (RE: 8 Request for Chapter 7 341 Meeting of Creditors). No. of Notices: 17. Service Date 09/07/2007. (Admin.) (Entered: 09/07/2007) |
| 09/18/2007 | 10 | Request for Service of Notices. American Express Travel Related Svcs Co Inc Corp Card, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, Gilbert) (Entered: 09/18/2007) |
| 09/18/2007 | 11 | Request for Service of Notices. American Express Travel Related Services Co, Inc, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, Gilbert) (Entered: 09/18/2007) |
| 09/18/2007 | 12 | Request for Service of Notices. American Express Bank FSB, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, Gilbert) (Entered: 09/18/2007) |
| 09/18/2007 | 13 | Request for Service of Notices. American Express Centurion Bank, c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 (Weisman, Gilbert) (Entered: 09/18/2007) |
| 10/11/2007 | 14 | No Asset Report - Trustee has examined the debtor in accordance with Sec 341(d) of the Bankruptcy Code. The Trustee has neither received any property nor paid any money on account of this estate, and after diligent inquiry into the property of the estate, believes that there are no assets to be administered for the benefit of creditors. (Crane, Eugene) (Entered: 10/11/2007) |
| | | |

| 10/12/2007 | 15 | Notice of Required Document(s) for Discharge . (Williams, Daphne) (Entered: 10/12/2007) |
|---|---|---|
| 10/12/2007 | 16 | BNC Certificate of Service - Notice of Requirement to Complete Course in Financial Management (RE: 15 Notice of Required Document(s) for Discharge). No. of Notices: 2. Service Date 10/14/2007. (Admin.) (Entered: 10/14/2007) |
| 11/06/2007 | 17 | Notice of Motion and Motion to Extend Time to File Objection to Discharge Under 727 Filed by William T Neary Hearing scheduled for 11/14/2007 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Silver, Gretchen) (Entered: 11/06/2007) |
| 11/06/2007 | 18 | Notice of Motion and Motion Rule 2004 Examination of Debtor Filed by William T Neary Hearing scheduled for 11/14/2007 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Silver, Gretchen) (Entered: 11/06/2007) |
| 11/15/2007 | 19 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 17). Last day to oppose discharge or dischargeability is 2/8/2008 Signed on 11/15/2007. (Williams, Daphne) (Entered: 11/16/2007) |
| 11/15/2007 | 20 | Order Granting Motion for Rule 2004 (Related Doc # 18). Signed on 11/15/2007. (Williams, Daphne) (Entered: 11/16/2007) |
| 12/29/2007 | 21 | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) (Entered: 12/29/2007) |
| 02/04/2008 | 22 | Notice of Motion and Routine Motion to Extend Time to File Objection to Discharge Under 727 Filed by William T Neary Hearing scheduled for 2/13/2008 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Silver, Gretchen) (Entered: 02/04/2008) |
| 02/13/2008 | 23 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 22). Last day to oppose discharge or dischargeability is 3/8/2008 Signed on 2/13/2008. (Williams, Daphne) (Entered: 02/15/2008) |
| 03/10/2008 | 24 | Notice of Motion and Routine Motion to Extend Time to File Objection to Discharge Under 727 Filed by William T Neary Hearing scheduled for 3/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Proposed |

Illinois Northern Bankruptcy Live Sy - Docket Report                    Page 4 of 5

|  |  | Order) (Silver, Gretchen) (Entered: 03/10/2008) |
|---|---|---|
| 03/17/2008 | 25 | Response to (related document(s): 24 Motion to Extend Time to Object to Discharge 727, ) Filed by James A Young on behalf of Kenneth Jaffke (Attachments: # 1 Exhibit) (Young, James) (Entered: 03/17/2008) |
| 03/19/2008 | 26 | Order Granting Motion Extending Time to File Objection to Discharge Under 727. (Related Doc # 24). Last day to oppose discharge or dischargeability is 4/22/2008 Signed on 3/19/2008. (Williams, Daphne) (Entered: 03/20/2008) |
| 03/29/2008 | 27 | Notice of Filing and Motion for Leave to Appeal (related document (s): 26 Order on Motion to Extend Time to Object to Discharge Under 727) Filed by James A Young on behalf of Kenneth Jaffke. Transmission of Record Due by 4/9/2008. (Attachments: # (1) Exhibit) (Young, James) (Entered: 03/29/2008) |
| 03/29/2008 | 28 | Notice of Filing Filing Filed by James A Young on behalf of Kenneth Jaffke (RE: 27 Motion for Leave to Appeal, ). (Young, James) (Entered: 03/29/2008) |
| 04/01/2008 | 29 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Notice of Appeal Filed by James A Young on behalf of Kenneth Jaffke. (Young, James) Modified on 4/2/2008 (Rance, Gwendolyn). (Entered: 04/01/2008) |
| 04/02/2008 | 30 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 29 Notice). (Rance, Gwendolyn) (Entered: 04/02/2008) |
| 04/02/2008 | 31 | Notice of Appeal to District Court. Filed by James A Young on behalf of Kenneth Jaffke. Fee Amount $255 (RE: 26 Order on Motion to Extend Time to Object to Discharge Under 727), Appellant Designation due by 4/14/2008. Transmission of Record Due by 5/12/2008. (Young, James) (Entered: 04/02/2008) |
| 04/02/2008 | 32 | Notice of Filing to Bk Judge and Parties on Service List (RE: 27 31 Notice of Appeal, ). (Entered: 04/02/2008) |
| 04/03/2008 | 33 | Receipt of Notice of Appeal(07-16112) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 8586556. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 04/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/08/2008 16:00:17 | | | |
| **PACER Login:** | jy0026 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 07-16112 Fil or Ent: filed From: 12/10/2006 To: 4/8/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |