UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:08−cv−02025 |
|  | Honorable Joan H. Lefkow |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/29/2008. The United States Trustee reports that the issue in the underlying appeal has become moot and represents that the United States Trustee will not be filing an objection to discharge, therefore, this appeal is moot and the case is dismissed. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.